AO 93 (Rev. 12/03) Search Warrant

# UNITED STATES DISTRICT COURT

| Southern | District of | California |
|---|---|---|

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Nutri-Sport
7710 Balboa Avenue #117
San Diego, CA 92111

2008 FEB 15  AM 9: 52

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## SEARCH WARRANT

BY _____ DEPUTY

Case Number: '08 MJ 0287

TO: ____Any agent/investigator of the DEA____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by ____Ayoma Rudy, Diversion Investigator____ who has reason to believe
                                                              Affiant

that ☐ on the person of, or ☑ on the premises known as (name, description and/or location)

Nutri-Sport
7710 Balboa Avenue #117
San Diego, CA 92111

in the ____Southern____ District of ____California____ there is now

concealed a certain person or property, namely (describe the person or property)

Lipodrene and other products containing ephredrine alkaloids, as well as business records relating to Hi-Tech
Pharmaceuticals and United Supplements of America. See attached documents for a further description.

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described
is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ____2/9/08____
                                                                                     Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the
search ☑ in the daytime — 6:00 AM to 10:00 P.M.  ☐ at anytime in the day or night as I find reasonable cause has been
established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person
or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to
_____ as required by law.

BARBARA L. MAJOR
U.S. MAGISTRATE JUDGE
at Signature Judge (Rule 41(i)(4))

____1/31/08 at 9:55 AM____    at    ____SAN DIEGO, CALIF.____
Date and Time Issued                         City and State

____BARBARA L. MAJOR____                  ____[Signature]____
Name and Title                                Signature of Judge
U.S. MAGISTRATE JUDGE

AO 93    (Rev. 12/03)  Search Warrant (Reverse)

| RETURN | Case Number: R2-07-2052 |
|---|---|

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 01/21/2008 | 2/7/08  10:00am | Shelton Redden (owner) |

INVENTORY MADE IN THE PRESENCE OF
SA Rocky Herron  SA Dave McGuckin

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attachment C

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____          2/15/08
Signature of Judge                                      Date

## ATTACHMENT "A"

### Description of the Property and Premises to be Searched

NUTRI-SPORT, a Fitness Store is located at 7710 Balboa Avenue, Suite #117, San Diego, CA 92111 and is further described as a three storey building on the South side of Balboa Avenue. NUTRI-SPORT is on the ground floor and has a cream colored stucco exterior with a beige trim on decorative arches in front of each suite and a brown colored clay tile roof. NUTRI-SPORT is located next to the 24 Hour Fitness Center (7620 Balboa Avenue) and shares a common parking lot with 24 Hour Fitness Center and other businesses. The numerals 7710 are black in color against the cream colored stucco. Black steel balconies are affixed on the outside of each arch in front of each store. The front glass windows and door has white numerals advertising nutrition supplements. There are other unrelated businesses in this building, but NUTRI-SPORT is clearly marked and has a separate entrance.

## ATTACHMENT "B"

## Description of the Items to be Seized

1.  Bottles and/or tablets of LIPODRENE believed to contain 25 mgs Ephedrine alkaloids.

2.  Letters, cables, telegrams, telephone bills, address books, rolodexes, photographs, videos and documents reflecting the illegal distribution of List I Chemicals, including Lipodrene and ephedrine alkaloids.

3.  Books, records, receipts, notes, ledgers and other documents relating to the sale of all Dietary Supplements that contain Ephedrine Alkaloids.

4.  Documents and records relating to HI-TECH PHARMACEUTICALS and United Supplements of America and the purchase or distribution of Lipodrene.

## Attachment C

Inventory of Property taken pursuant to the Federal Search Warrant executed at 3683 Midway Drive, San Diego, CA 92110

33 Bottles Lipodrene (100 ct)

61 Boxes Vasopro Ephedrine (24 tabs each box) and 15 pills of same

One Hi-Tech Pharmaceutical Catalog